UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RONALD SMITH, JR.,

                Plaintiff,

   v.

C. WIGER, et al.,

                Defendant.

Case No. C22-1654-RSL

ORDER GRANTING APPLICATION
TO PROCEED *IN FORMA PAUPERIS*

     Because Plaintiff does not appear to have funds available to afford the $402 filing fee, Plaintiff financially qualifies for *in forma pauperis* (IFP) status pursuant to 28 U.S.C. § 1915(a)(1). Therefore, Plaintiff's IFP application, Dkt. 1, is GRANTED. The Clerk of the Court is directed to send a copy of this Order to Plaintiff and to the assigned District Judge.

     Dated this 28th day of November.

*[signature]*

S. KATE VAUGHAN
United States Magistrate Judge

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS - 1