UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RONALD SMITH, JR.,<br><br>        Plaintiff,<br><br>    v.<br><br>C. WIGER, *et al.*,<br><br>        Defendants. | Cause No. C22-1654RSL<br><br>ORDER OF DISMISSAL |

      On December 15, 2022, the Court ordered plaintiff to file an amended complaint which identifies the acts of which each named defendant is accused and how those acts violated plaintiff's legal rights. Dkt. # 6 at 3. Plaintiff was warned that the failure to amend his pleading on or before January 17, 2023, would result in the dismissal of the above-captioned action. No amended pleading has been filed. This matter is hereby DISMISSED and all pending motions are DENIED as moot.

      Dated this 24rd day of January, 2023.

                                    */s/ Robert S. Lasnik*
                                  Robert S. Lasnik
                                  United States District Judge

ORDER OF DISMISSAL - 1